**COM.**

v.

**CAVANAUGH, B.**

**902 MDA 2016**

Superior Court of Pennsylvania.

03/10/2017

CP–22–CR–0003471–2006 (Dauphin)

Affirmed

**COM.**

v.

**PITTMAN, K.**

**996 MDA 2016**

Superior Court of Pennsylvania.

03/10/2017

CP–22–CR–0000554–2011
(Dauphin)

Affirmed

**COM.**

v.

**BETTENCOURT, S.**

**1213 MDA 2016**

Superior Court of Pennsylvania.

03/10/2017

CP–06–CR–0003201–2014
(Berks)

Affirmed—Application to Withdraw as
Counsel Granted

**COM.**

v.

**BETTENCOURT, S.**

**1214 MDA 2016**

Superior Court of Pennsylvania.

03/10/2017

CP–06–CR–0004543–2015 (Berks)

Affirmed—Application to Withdraw as
Counsel Granted

**COM.**

v.

**BETTENCOURT, S.**

**1215 MDA 2016**

Superior Court of Pennsylvania.

03/10/2017

CP–06–CR–0000128–2015 (Berks)

Affirmed—Application to Withdraw as
Counsel Granted

